# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**REGENA BISHOP**                                                                                          **PLAINTIFF**

**v.**                                   **No. 3:22-cv-00135-DPM-ERE**

**COMMISIONER OF SOCIAL SECURITY**                                          **DEFENDANT**

## ORDER

Plaintiff's motion to proceed *in forma pauperis (Doc. 1)* is GRANTED. The Clerk will issue Summons, without prepayment of fees and costs, to Plaintiff's counsel, who is responsible for service of the Complaint and Summons in compliance with Fed. R. Civ. P. 4.

IT IS SO ORDERED this 10th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE