IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

REGENA BISHOP                                                         PLAINTIFFS

v.                              No. 3:22-cv-135-DPM

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration                                        DEFENDANTS

## ORDER

Joint stipulation, *Doc. 19*, appreciated. The Court awards $3,969.00 in reasonable attorney's fee and expenses, payable directly to Bishop. 28 U.S.C. § 2412(d); *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Bishop's lawyer. Motion for fees, *Doc. 17*, denied as moot.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 April 2023